UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ex rel. DON HANKS, ) | **NOTICE OF MOTION** |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. CV-08-3096 |
| ) | |
| AMGEN, INC.; UNITED STATES ) | |
| ONCOLOGY SPECIALITY, LLP; ) | (Johnson, J.) |
| ) | (Levy, M.J.) |
| and Other Defendants. ) | |
| ) | |
| ) | |

TO:   Deborah B. Zwany, AUSA
        United States Attorneys' Office
        Eastern District of New York
        271 Cadman Plaza
        Brooklyn, NY 11201- 1820

        John Reynolds, III, Esq.
        Ropes & Gray, LLP
        Prudential Tower
        800 Boylston Street
        Boston, MA 02199- 3600

   **TAKE NOTICE**, that the undersigned attorney for Plaintiff/Relator Don Hanks will move before the Court on Monday, February 25, 2013, at 9:30 a.m. or as soon thereafter as counsel may be heard, for an order by consent scheduling a motion for an application for counsel fees and costs of suit to the undersigned.

1

Plaintiff/Relator Hanks will rely on the Verified Declaration of Rob Hennig in support of the within application.

Dated: January 29, 2013

/s /
_____
Rob Hennig
California Bar No. 174646
Law Offices of Rob Hennig
1875 Century Park E., Suite 1770
Los Angeles, CA 90067
rob@robhennig.com
(310) 843-0020 Phone
(310) 843-9150 Fax
Attorney for Plaintiff/*Qui Tam* Relator Don Hanks

2