# King & Spalding

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-2601
Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

Wendy Huang Waszmer
Direct Dial: 212 556 2124
Direct Fax: 212 556 2222
wwaszmer@kslaw.com

August 1, 2014

**VIA ELECTRONIC MAIL AND UPS NEXT DAY AIR**

Deborah B. Zwany
United States Attorneys' Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201-1820

Hays Gorey
1776 I Street, NW
Suite 900
Washington, DC 20006

Robert Hennig
The Law Offices of Rob Hennig
1875 Century Park East
Suite 1770
Los Angeles, CA 90067

Re: *United States of America, ex rel. Don Hanks v. Amgen Inc. et al.*
Case No. 1:08 Civ. 03096 (SJ) (RML) (EDNY)

Dear Counsel:

    We have enclosed Defendant Northwest Georgia Oncology Centers' Motion to Dismiss the Fifth Amended Complaint and Memorandum of Law In Support of Defendant's Motion to Dismiss in the above-referenced matter. Pursuant to Judge Johnson's Individual Rules, all counsel of record will receive copies of this cover letter and Defendant's motion. Also pursuant to these Rules, Defendant's motion will be electronically filed when fully briefed.

    We are sending courtesy copies of this cover letter to the Chambers of Judge Johnson and Magistrate Judge Levy.

    Relator is being been served via electronic mail and UPS Next Day mail. Co-defendants are being served via electronic mail and U.S. mail.

August 1, 2014
Page 2

Respectfully,

*Wendy Hu* (signature)

Wendy Huang Waszmer

Enclosures

cc: Chambers of the Honorable Judge Sterling Johnson, Jr. (cover letter only, via UPS Next Day Air)
Chambers of the Honorable Magistrate Judge Robert M. Levy (cover letter only, via UPS Next Day Air)

Counsel for Co-Defendants:
Lawrence M. Kraus, Esq. (w/enclosures)
Michael Matthews, Esq. (w/enclosures)
Rachel E. Kramer, Esq. (w/enclosures)
Carl H. Loewenson, Esq. (w/enclosures)
Joseph A. Lawrence, Esq. (w/enclosures)
Nicholas S. Napolitan, Esq. (w/enclosures)
Ryan Hassanein, Esq. (w/enclosures)
Daniel Stabile, Esq. (w/enclosures)
Joseph M. Goldstein, Esq. (w/enclosures)
Mark D. Shifton, Esq. (w/enclosures)
Adam P. Schwartz, Esq. (w/enclosures)
Natalie Napierala, Esq. (w/enclosures)
Stefanie Lincoln, Esq. (w/enclosures)
Jeremy P. Burnette, Esq. (w/enclosures)
Anthony Cochran, Esq. (w/enclosures)
John D. Dalbey, Esq. (w/enclosures)
Joseph R. Odachowski, Esq. (w/enclosures)
Sean M. Ellsworth, Esq. (w/enclosures)
Elise Margaret Gabriel, Esq. (w/enclosures)