

ATTORNEYS AT LAW

90 PARK AVENUE
NEW YORK, NY 10016-1314
212.682.7474 TEL
212.687.2329 FAX
WWW.FOLEY.COM

WRITER'S DIRECT LINE
rkramer@foley.com EMAIL

CLIENT/MATTER NUMBER
103443-0104

September 11, 2014

<u>Via ECF</u>

Honorable Sterling Johnson, Jr.
United States District Judge
U.S. District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, New York 11201

          Re:    Case No. 08-cv-3096; *United States ex rel. Hanks v. Amgen et al.*

Dear Judge Johnson,

    This firm is counsel to Florida Cancer Specialists, P.L. (sued herein as Florida Cancer Specialists & Research Institute); Ayub, Sokol, Matzkowitz and Sennabaum, M.D.s, P.A. d/b/a New Hope Cancer Center; Coastal Oncology, P.L.; J. Paonessa, M.D., P.A. (sued herein as Gulfcoast Oncology Associates); and Pasco Hernando Oncology Associates, P.A..

    We write to request clarification of the Court's September 9 order granting the motion to unseal all prior iterations of the complaint in this action, which was unopposed. While the motion sought unsealing of all prior versions of the complaint, the Court's docket entry referred to the "Amended Complaint." As a result, the Clerk's Office will not unseal the original complaint in this matter.

    We understand the intent of the Court's September 9 order was to grant the relief sought in the motion (Dkt. 118), *i.e.*, to unseal <u>all</u> complaints, including the original complaint. The original complaint is relevant to statute of limitations and public disclosure issues that will be covered in reply briefs due Monday in connection with the pending motions to dismiss.

    Accordingly, we respectfully request that the Court issue an order clarifying that all complaints are to be unsealed, including the original complaint (Dkt. 10).

                        Respectfully submitted,

                        *s/Rachel E. Kramer*

                        Rachel E. Kramer

cc:    All counsel of record (via ECF)

| BOSTON | JACKSONVILLE | MILWAUKEE | SAN DIEGO | TALLAHASSEE |
|---|---|---|---|---|
| BRUSSELS | LOS ANGELES | NEW YORK | SAN FRANCISCO | TAMPA |
| CHICAGO | MADISON | ORLANDO | SHANGHAI | TOKYO |
| DETROIT | MIAMI | SACRAMENTO | SILICON VALLEY | WASHINGTON, D.C. |

4835-1235-7916.1