# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. DON HANKS,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES ONCOLOGY<br>SPECIALITY, LLP;<br><br>    and Other Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF OPPOSITION AND OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS AND REQUEST FOR LEAVE TO FILE SIXTH AMENDED COMPLAINT**

Civil Action No. CV-08-3096

(Johnson, J.)
(Levy, M.J.)

**TO ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, on September 19, 2014, at 9:30 a.m., or as soon thereafter as this matter is called, before the Honorable Sterling  Johnson, Jr., United States District Judge, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, Plaintiff/Relator Don Hanks will apply for an order denying the Motions to Dismiss the Pending Fifth Amended Complaint filed by each of the Defendants and requesting that the Court grant Plaintiff/Relator leave to amend the pending complaint and to file a Sixth Amended Complaint pursuant to Fed. R. Civ. Proc. 15(a)(2) and such other grounds as may be applicable.

This application for an order denying each of the Motions to Dismiss the Pending Fifth Amended Complaint and for leave for Plaintiff/Relator to amend the pending complaint and to file a Sixth Amended Complaint will be based upon the reasons stated in the Consolidated Memorandum of Law submitted herewith, the Declaration of Plaintiff/Relator Don Hanks submitted herewith, such evidence and argument as may be presented at the time of hearing, and any and all other case filings in this litigation as may be relevant.

Dated: September 8, 2014          Respectfully submitted,

/ s /

_____

Rob Hennig
California Bar No. 174646
Law Offices of Rob Hennig
1925 Century Park E., Suite 1960
Los Angeles, CA 90067
rob@robhennig.com
(310) 843-0020 Phone
(310) 843-9150 Fax
Admitted *Pro Hac Vice*
Attorney for Plaintiff/*Qui Tam* Relator

/ s /

_____

Hays Gorey, Jr.
D.C. Bar No. 330415
GeyerGorey LLP
1776 "Eye" Street, N.W., Suite 900
Washington, DC 20006
hays.gorey@geyergorey.com
(202) 644-8732 Phone
(703) 255-3848 Fax
Admitted *Pro Hac Vice*
Attorney for Plaintiff/*Qui Tam* Relator