

*1776 I Street, NW, Suite 900*
*Washington, DC 20006*

*Hays Gorey, Jr.*
*202.644.8732*
*Hays@geyergorey.com*
www.geyergorey.com

October 16, 2014

Hon. Sterling Johnson, Jr.
United States District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: Case No.: 1:08-cv-030096**; *U. S. ex rel. Hanks v. US Oncology Specialty, LLP, et al.*

Dear Judge Johnson:

Because of an editing error, Relator Don Hanks's October 15, 2014 letter brief failed to note that *U.S. ex rel. Kirk v. Schindler Elevator Corp.*, 601 F.3d 94 (2d Cir.2010), cited on pages 4-5 of the letter brief, was reversed on other grounds by the Supreme Court, 131 S.Ct. 1885 (2011).

Sincerely,

/ s /

Hays Gorey, Jr.

**NEW YORK**
*12 West 34th St*
*17th Floor*
*New York, NY 10120*
*212.920.0676*

**BOSTON**
*60 STATE STREET*
*SUITE 700*
*BOSTON, MA 2109*
*617.910.4252*

**DALLAS**
*3514 Cedar Springs Rd.*
*Dallas, TX 75225*
*214.865.6854*

**PHILADELPHIA**
*One Liberty Plaza*
*Suite 1750*
*Philadelphia, PA 19106*
*215.375-7790*

**MAIL PROCESSING CENTER**
*PO Box 847*
*Moorestown, NJ 08057*
*Fax: 888.686.8346*