# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. DON HANKS,<br><br>            Plaintiffs,<br><br>v.<br><br>AMGEN, INC.; UNITED STATES<br>ONCOLOGY SPECIALITY, LLP;<br><br>    and Other Defendants. | **STIPULATION OF THE PARTIES AND REQUEST TO THE COURT FOR AN ORDER AS TO THE BRIEFING SCHEDULE AND HEARING DATE FOR MOTION BY THE UNITED STATES TO AUTHORIZE SETOFF OF SETTLEMENT MONEY**<br><br>Civil Action No. CV-08-3096<br><br>    (Johnson, J.)<br>    (Levy, M.J.) |

**WHEREAS**, that the parties, Plaintiff/Relator Don Hanks and the United States, by and through their attorneys of record, hereby stipulate that the challenges have been resolved as to the settlement involving Defendant Amgen, Inc.

**WHEREAS**, the United States claims that Relator Don Hanks has money due and owed to the United States such that the United States desires to move this Court to authorize a setoff of such money owed.

**WHEREAS**, Relator Hanks disputes the claim of the United States.

**NOW BE IT THEREFORE STIPULATED**, that the Motion to Authorize Setoff having been served by the United States upon Relator Hanks on or about January 8, 2016; the parties have agreed that any opposition to this Motion shall be served upon the United States on or before February 15, 2016; and any Reply be served on or before February 22, 2016.  Service may be by overnight courier service or email attachment.  The parties further stipulate that the United States shall be responsible for filing all motion papers once the motion is fully briefed and for filing a full set of courtesy copies of the motion papers to chambers together with a cover letter specifying each document in the package on or before February 22, 2016.

The parties further stipulate and, therefore, ask the Court that this matter be set for hearing on Friday, March 11, 2016 at 9:00 a.m. or another date and time at the convenience of the Court.

All other parties in this litigation have been notified of this proposed briefing schedule and none has stated any objection.

**IT IS SO STIPULATED:**

Dated: January 24, 2016

    / s /
_____
Rob Hennig
California Bar No. 174646
Hennig Ruiz P.C.
1875 Century Park E., Suite 1770
Los Angeles, CA 90067
(310) 843-0020 Phone
(310) 843-9150 Fax
rob@robhennig.com
Attorney for Plaintiff/*Qui Tam* Relator Don Hanks


CAROLINE D. CIRAOLO
Acting Assistant Attorney General


    / s /
_____
BORIS KUKSO
Trial Attorney, Tax Division
P.O. Box 683
Washington, D.C.  20044
(202) 353-1857 (v)
(202) 307-0054 (f)
Boris.Kukso@usdoj.gov


*Of Counsel*:
ROBERT L. CAPERS
United States Attorney

*Attorneys for the United States of America*