

1925 Century Park East
Suite 1960
Los Angeles, CA 90067-2518

Phone: (310) 843-0020
Fax: (310) 843-9150
www.employmentattorneyla.com

May 19, 2016

**SENT AND SERVED BY ELECTRONIC FILING**

Hon. Sterling Johnson, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *United States ex rel. Don Hanks v. Amgen Inc. et al.*,
              1:08-cv-03096-SJ-RML (E.D.N.Y.)

Your Honor:

I write to request that the Court set a hearing on the Motion to Authorize Setoff filed by the United States.  Briefing was completed in this matter on February 23, 2016.  Currently, all funds due and owed to Relator Don Hanks from the *qui tam* settlement with Amgen are being held in escrow until this motion is decided.

The affected parties (the United States and Mr. Hanks) have met and conferred and are available for hearing on the following dates:

        July 8 and 15
        August 12, 19, and 26

Should the Court wish to schedule a hearing on a day other than Friday, the parties can further meet and confer as to additional dates.

Very truly yours,

  / s /

Rob Hennig