

August 19, 2016

**SENT AND SERVED BY ELECTRONIC FILING**

Hon. Sterling Johnson, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: *United States ex rel. Don Hanks v. Amgen Inc. et al.*,
           1:08-cv-03096-SJ-RML (E.D.N.Y.)

Your Honor:

On behalf of Relator Don Hanks, I write to suggest that the Court set a Status Conference in the above referenced case. Since a considerable amount of time has elapsed since our last hearing, it may be useful for the parties to meet with the Court to discuss the status of the case.

Very truly yours,

  / s /

Rob Hennig