United States District Court
Eastern District of New York

CHAMBERS OF
STERLING JOHNSON, JR.
JUDGE
BROOKLYN, NEW YORK 11201

OFFICIAL BUSINESS

RECEIVED
IN CHAMBERS OF
HON. STERLING JOHNSON, JR.

JUN 27 2010

TIME A.M. _____
P.M. _____

LOS ANGELES
CA 900

neopost

$000.472

FILED IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
JUL 31 2018
BROOKLYN OFFICE

08-cv-3096 LST Receipt
FILED Received 7/31/18

3600 Wilshire Bl.
#1908
Los Angeles. CA.
90010

Mr. Robert Hennig
The Law Offices of Rob Hennig
1875 Century Park East, Suite 1770
Los Angeles, CA 90067

NIXIE          901    4C

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

7206/23/18

*2252-04765-23-13

RE: 94009210521712

FWD
90067>2518<

BC: 11201

United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

CHAMBERS OF
STERLING JOHNSON, JR.
JUDGE

May 31, 2018

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★  JUL 3 1 2018  ★

BROOKLYN OFFICE

Mr. Hays Gorey
GeyerGorey LLP
1220 L Street, NW, Suite 100, #418
Washington, DC 20005

Mr. Robert Hennig
The Law Offices of Rob Hennig
1875 Century Park East, Suite 1770
Los Angeles, CA 90067

Re: *United States ex rel. Hanks v. Amgen, Inc., et al.*, No. 08-CV-3096 (SJ)

Dear Messrs. Gorey and Hennig:

I am in receipt of your letter dated March 5, 2018, in which you inquire about the status of various motions that are pending in the above-referenced case. Please be assured that I am well aware that these motions are pending and expect to decide them within the next few months. Although I cannot provide you with a specific estimate of when my decisions will be handed down, you will be notified via ECF as soon as opinions relating to this matter are issued.

Sincerely,

Hon. Sterling Johnson, Jr.
Senior United States District Judge