

October 2, 2018      — HENNIG RUIZ & SINGH —

Hon. Sterling Johnson, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   *United States ex rel. Hanks v. Amgen, Inc., et al.*
            No. 1:08-cv-03096-SJ-RML (E.D.N.Y.)

Dear Judge Johnson:

We are counsel for the relator in the above-captioned case.

After having Defendants' Motion to Dismiss under submission for a considerable period of time, this Court issued an Order granting Defendants' Motions to Dismiss the Amended Complaint on September 17, 2018 [Ct. Dkt. No. 191] and then dismissed the above-captioned case from its docket [Ct. Dkt. No. 193].

At the time of the Court's Order, there were two other matters that were pending before the Court. In its Order, the Court addressed Plaintiff's Request for Certificates of Default [Ct. Dkt. Nos. 161-162, 168, and 191, p. 23 fn. 3].

The Court, however, still has not addressed or ruled upon the Motion for Disbursement of Funds and Setoff [Ct. Dkt. Nos. 175-77]. Although briefed, there has been no hearing on this matter as well.

Your Honor will note that settlement proceeds to Relator Don Hanks from Amgen, Inc. have been held by the United States and the United States has refused to disburse the attorneys' fees owed. We request that the Court set this matter for hearing before the end of the year and then rule promptly on the matter.

Very truly yours,

| HENNIG RUIZ P.C. | GEYERGOREY LLP |
|---|---|
| / s / | / s / |
| Rob Hennig | Hays Gorey, Jr. |
| Partner | Partner |
| Los Angeles, California | Washington, D.C. |

3600 WILSHIRE BLVD., SUITE 1908
LOS ANGELES, CA 90010

WWW.EMPLOYMENTATTORNEYLA.COM

PHONE (213) 310-8301
FAX (213) 310-8302