Rob Hennig (State Bar No. 174646)
Hennig Ruiz & Singh
3600 Wilshire Blvd., Suite 1908
Los Angeles, CA  90010
Telephone: (213) 310-8301
Fax: (213) 310-8302

Attorneys for Relator DON HANKS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DON HANKS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ONCOLOGY SPECIALITY, LLP, et al., <br><br> Defendant(s). | Case No. 08-cv-3096-(SJ)(RML) <br><br> NOTICE OF APPEAL |

**PLEASE TAKE NOTICE** that Don Hanks hereby appeals to the United States Court of Appeals for the Second Circuit from this Court's decision granting Defendants' motion to dismiss and dismissing the case without prejudice entered in this action on September 17, 2018.  Don Hanks also hereby appeals the Court's decision denying the Motion for Disbursement of Funds and Setoff, which was still pending when the Court dismissed the case.

Dated: November 7, 2018                     HENNIG RUIZ & SINGH

                              By:    /s/ Rob Hennig
                                     Rob Hennig
                                     Attorney for Relator
                                     Don Hanks