

August 30, 2021

Hon. Sterling Johnson, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   *United States ex rel. Hanks v. Amgen, et al.*, No. 1:08-cv-03096-SJ-RML (E.D.N.Y.)

Your Honor:

      On October 30, 2020, I wrote to this Court to note that the United States' Motion for Disbursement of Funds and Setoff (Dkt. No. 175) remained pending before this Court. This Motion was original served on January 25, 2016 and has been fully briefed before this Court since February 22, 2016.

      I write today – ten months later -- to again ask the Court to decide this pending Motion. The Motion for Disbursement of Funds concerns approximately $220,411.04 plus daily interest as to a settlement that occurred in December, 2012. The United States has refused to honor my attorney's lien. Thus, until this Motion is decided by this Court, this money will continue be held up indefinitely. This Court has been specifically directed to decide the Motion for Disbursement of Funds and Setoff by the Second Circuit Court of Appeals. *See United States ex rel. Hanks v. United States, et al.* 2020 U.S. App. LEXIS 17445 *14 (2d Cir. June 3, 2020).

      I further write to this Court to request a hearing as to Defendants' pending Motions to Dismiss. These Motions (Dkt. Nos. 214-221, 225) have been fully briefed since March 9, 2021. A hearing is requested to assist this Court in deciding these pending motions.

      Finally, Defendant Regional Consultants in Hematology and Oncology did not provide a substantive response to Relator's Complaint and a Request for Default Judgment has been pending for over five years (Dkt. No. 161).

      Respectfully submitted,

      HENNIG, KRAMER, RUIZ & SINGH LLP

      / s /

      _____
      Rob Hennig

cc: All counsel via ECF

3600 WILSHIRE BLVD. SUITE 1908      PHONE: (213) 310-8301
LOS ANGELES, CA 90010      FAX: (213) 310-8302

WWW.EMPLOYMENTATTORNEYLA.COM