

3600 WILSHIRE BLVD., SUITE 1908　　　　　　　　　　　　　　　　　　　　　PHONE: (213) 310-8301
LOS ANGELES, CA 90010　　　　　　　　　　　　　　　　　　　　　　　　　　FAX: (213) 310-8301

WWW.EMPLOYMENTATTORNEYLA.COM

April 8, 2022

***FILED BY ELECTRONIC FILING SYSTEM***

Hon. Sterling Johnson, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

　　　　Re: *United States ex rel. Hanks v. Amgen, et al.*, No. 1:08-cv-03096-SJ-RML (E.D.N.Y.)

Your Honor:

On August 30, 2021 and October 30, 2020, I wrote to this Court to note the serious prejudice this Court's inaction has had upon Relator as to several issues. The United States' Motion for Disbursement of Funds and Setoff remains pending before this Court (Dkt. No. 175 and 228). This Motion has been fully briefed before this Court since February 22, 2016 – over six years.

I write today to again ask the Court to decide this pending Motion. The Motion for Disbursement of Funds concerns approximately $220,411.04 plus daily interest as to a settlement that occurred in December, 2012. The United States has refused to honor my attorney's lien. Thus, until this Motion is decided by this Court, this money will continue be held up indefinitely. This Court has been specifically directed to decide the Motion for Disbursement of Funds and Setoff by the Second Circuit Court of Appeals. See United States ex rel. Hanks v. United States, et al. 2020 U.S. App. LEXIS 17445 *14 (2d Cir. June 3, 2020).

I write to this Court also to request a hearing as to Defendants' pending Motions to Dismiss. These Motions (Dkt. Nos. 214-221, 225) have been fully briefed since March 9, 2021 – over a year. A hearing is requested to assist this Court in deciding these pending motions. Also, Defendant Regional Consultants in Hematology and Oncology did not respond to Relator's Complaint and a Request for Default Judgment has been pending for six years (Dkt. No. 161). Further delay by this Court as to these issues continues to prejudice Relator.

Respectfully submitted,

　　　/ s /

_____

Rob Hennig

cc: All counsel via ECF