**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DON HANKS, <br><br> Plaintiff, <br><br> v. <br><br> U.S. ONCOLOGY SPECIALITY, LLP; <br><br> and Other Defendants. | **DECLARATION OF ROB HENNIG** <br><br> Case No. 1:08-cv-03096-BMC <br><br> Hon. Brian M. Cogan |

1

I, ROB HENNIG, do hereby declare and affirm as follows:

1.       I am over the age of 18, and am the attorney of record for the Relator Don Hanks in the above captioned action.

2.       I have personal knowledge of the following facts and if called upon to testify, I could competently do so.

3.       I am qualified to make this declaration. I have never been convicted of felony.

4.       On or about December 29, 2022, I sent to Deborah Zwany, Assistant United States Attorney, an excel spreadsheet the clearly displayed the accumulated interest at the legal rate that was now due.  A true and correct copy of the spreadsheet's contents is attached hereto and is incorporated herein as Exhibit A.

5.       As of December 29, 2022, there had been a total of 3661 days since the finalization of the Amgen settlement on December 19, 2012 where interest would be due at the legal rate of 10 percent per year on the amount due for attorney's fees of $99,184.97.

I declare under penalty of perjury and the laws of the United States of America, that the foregoing is true and correct and, if called to testify, I could and would competently testify to the above facts.

Executed this 3rd day of March, 2023, at Los Angeles, CA

/s /Rob Hennig
_____
ROB HENNIG

# EXHIBIT A

| CHART OF ACCRUED INTEREST | | |
|---:|---|---|
| | | |
| Total to Relator | $220,411.04 | |
| Award of Attorneys Fees | $99,184.97 | *45 % of Relator's total per fee agreement* |
| Date of Settlement | 12/19/2012 | |
| Daily Interest | $27.17 | |
| Today's Date | 3/3/2023 | |
| Total Days of Interest | 3661 | |
| Interest Accrued Through Today | $99,483.88 | |
| | | |
| Attorneys' Fees plus Pre-Judgment Interest | $198,668.85 | |